VILLAGE OF LARCHMONT, Respondent, *v.* FRANK D. WHITE et al., Appellants.

*Village of Larchmont v. White,* 186 App. Div. 957, appeal dismissed.
(Submitted April 7, 1919; decided April 22, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

December 6, 1918, which affirmed an order of Special Term denying a motion for an order amending *nunc pro tunc* as of April 8, 1918, a previous order granting an injunction restraining the defendants from using the public highways of the plaintiff with and by an automobile truck carting filling material to the property of the defendant White, the hauling being done by the defendant Miele, because it alleged such use injured the surface of the highway.

*Michael J. Tierney* for appellants.

*Clarence De Witt Rogers* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.